**No. 11-5791. Beverlee Kamerling, Petitioner v. United States.**

565 U.S. 921, 132 S. Ct. 347, 181 L. Ed. 2d 218, 2011 U.S. LEXIS 6906.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 416 Fed. Appx. 665.